UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re: Celsius Network LLC, et al  Debtors

Celsius Network Limited and Celsius Network LLC

                                             *Plaintiff*

vs

Prime Trust, LLC

                                             *Defendant*

BANKRUPTCY CASE NO.: 22-10964-MG
ADVERSARY PROCEEDING NO.: 22-01140-MG

## AFFIDAVIT OF SERVICE

State of Nevada }
County of Clark } ss.:

The undersigned, being duly sworn, deposes and says:

Deponent is not a party herein, is over 18 years of age and resides in the state of Nevada,

That on **08/24/2022** at **3:50 PM** at **1835 Village Center Cir, Las Vegas, NV 89134**

deponent served a(n) **Summons and Notice of Pretrial Conference in an Adversary Proceeding, Adversary Complaint with Exhibits A-D**

on **Prime Trust, LLC c/o Saltzman Mugan Dushoff LLC**, a domestic limited liability company,

by delivering thereat a true copy of each to **Lynn Warren** personally,

deponent knew said limited liability company so served to be the limited liability company described in said documents as said defendant and knew said individual to be **authorized to accept service** thereof.

<u>Description of Person Served:</u>
Gender : Female
Skin : White
Hair : Gray
Age : 51 - 65 Yrs.
Height : 5' 2" - 5' 5"
Weight : 100-130 Lbs.
Other :

Sworn to before me this 26
day of August, 2022

_____
NOTARY PUBLIC



_____
Tyler Trewet
Lic# R-2019-04184

Serving By Irving, Inc. | 18 East 41st Street, Suite 1600 | New York, NY 10017
New York City Dept of Consumer Affairs License No. 0751160

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: Celsius Network LLC, et al<br>Celsius Network LLC<br>Celsius Network Limited             Debtors<br><br>                            Plaintiff(s)<br>              -against-<br><br>Prime Trust, LLC<br><br>                            Defendant(s) | Bankruptcy Case No.:<br>22-10964-mg<br><br>Adversary Proceeding No.<br>22-01140-mg<br><br>AFFIDAVIT<br>OF SERVICE BY MAILING |

STATE OF NEW YORK      )
                                           s.s.:)
COUNTY OF NEW YORK  )

I, Ji Yang, being duly sworn, depose and say, I am not a party in this action and am over the age of eighteen years and reside in the state of New York.

On August 25, 2022, I, Ji Yang, mailed a **Summons and Notice of Pretrial Conference in an Adversary Proceeding, Adversary Complaint with Exhibits A-D** upon **Prime Trust, LLC c/o Jon P. Jiles at 330 S. Rampart Blvd., Suite 260, Las Vegas, NV 89145**.

_____
Ji Yang

Sworn to before me this
25th of August, 2022

_____
Notary Public

JOHN DICANIO
NOTARY PUBLIC STATE OF NEW YORK
WESTCHESTER COUNTY
LIC #01DI4977768
COMMISSION EXPIRES 2/11/20 23