Mitchell P. Hurley
Dean L. Chapman Jr.
John P. Kane
AKIN GUMP STRAUS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1001

*Proposed Special Litigation Counsel for Debtors and
Plaintiffs Celsius Network Limited and Celsius Network LLC*

**UNITED STATES DISTRICT BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>CELSIUS NETWORK LLC, *et al.*,[1]<br><br>　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 22-10964 (MG)<br><br>Jointly Administered |
| CELSIUS NETWORK LIMITED and<br>CELSIUS NETWORK LLC,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>PRIME TRUST, LLC,<br><br>　　　　　　　　　Defendant. | <br><br>Adversary Proceeding<br>No. 22-01140 (MG) |

**NOTICE OF APPEARANCE**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network, Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey (07030).

PLEASE TAKE NOTICE that John P. Kane of Akin Gump Strauss Hauer & Feld LLP, with offices located at One Bryant Park, New York, NY 10036, hereby appears on behalf of Plaintiffs Celsius Network Limited and Celsius Network LLC in the above-captioned adversary proceeding, and requests that all papers be served upon the undersigned.

Dated: August 31, 2022
New York, New York

**AKIN GUMP STRAUSS HAUER & FELD LLP**

 /s/ John P. Kane
John P. Kane
One Bryant Park
New York, NY 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
jkane@akingump.com

*Proposed Special Litigation Counsel
for Debtors and Plaintiffs Celsius Network Limited
and Celsius Network LLC*