| | |
|---|---|
| Howard S. Steel | David R. Callaway (*pro hac vice* pending) |
| Alexander J. Nicas | GOODWIN PROCTER LLP |
| James F. Lathrop | 601 Marshall Street |
| GOODWIN PROCTER LLP | Redwood City, California 94063 |
| The New York Times Building | Tel.: (650) 752-3100 |
| 620 Eighth Avenue, | Email: Dcallaway@goodwinlaw.com |
| New York, New York 10018 | |
| Tel.: (212) 813-8800 | |
| Email: HSteel@goodwinlaw.com | |
| Anicas@goodwinlaw.com | |
| Jlathrop@goodwinlaw.com | |

*Attorneys for Defendant Prime Trust, LLC*

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK LLC, et al.,[1] | Case No.: 22-10964 (MG) |
| Debtors. | Jointly Administered |
| CELSIUS NETWORK LIMITED and CELSIUS NETWORK LLC, | Adversary Proceeding No. 22-01140 (MG) |
| Plaintiffs, | |
| v. | |
| PRIME TRUST, LLC, | |
| Defendant. | |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417);Celsius Mining LLC (1387); Celsius Network, Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey (07030).

PLEASE TAKE NOTICE that the undersigned hereby appears on behalf of Defendant Prime Trust, LLC ("Prime Trust"), in the above captioned adversary proceeding, and pursuant to rules 2002, 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and section 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101, et. sec. (the "Bankruptcy Code"), respectfully requests that notices, pleadings and other papers served or required to be served in this adversary proceeding also be served, electronically or otherwise on:

> Howard S. Steel
> Alexander J. Nicas
> James F. Lathrop
> GOODWIN PROCTER LLP
> The New York Times Building
> 620 Eighth Avenue,
> New York, New York 10018
> Tel.: (212) 813-8800
> Email: HSteel@goodwinlaw.com
>          Anicas@goodwinlaw.com
>          Jlathrop@goodwinlaw.com
>
> David R. Callaway
> GOODWIN PROCTER LLP
> 601 Marshall Street
> Redwood City, California 94063
> Tel.: (650) 752-3100
> Email: Dcallaway@goodwinlaw.com

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes the notice of all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail, hand-delivery, telephone, facsimile transmission, email or otherwise made with regard to the referenced adversary proceeding and proceedings herein.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance and Request for Service of Papers (the "Notice") nor any later appearance, pleading, proof of claim, claim or suit shall constitute a waiver of (i) the right to have final orders in non-core matters entered only

after de novo review by a district judge, (ii) the right to trial by jury in any proceeding related to, or triable in, these cases or any case, controversy or proceeding related to these cases, (iii) the right to have the district court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this Court for any purpose other than with respect to this Notice, (v) an election of remedy, or (vi) any other rights, claims, actions, defenses, setoffs or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: September 1, 2022
New York, New York

Respectfully submitted,

By: /s/ *Howard S. Steel*
Howard S. Steel
Alexander J. Nicas
James F. Lathrop
The New York Times Building
Goodwin Procter LLP
620 Eighth Avenue
New York, NY 10018-1405
Tel: (212) 813-8800
Email: HSteel@goodwinlaw.com
　　　　Anicas@goodwinlaw.com
　　　　Jlathrop@goodwinlaw.com

David R. Callaway (*pro hac vice* pending)
GOODWIN PROCTER LLP
601 Marshall Street
Redwood City, California 94063
Tel.: (650) 752-3100
Email: Dcallaway@goodwinlaw.com

*Attorneys for Defendant Prime Trust, LLC*