Mitchell P. Hurley
Dean L. Chapman Jr.
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1001
mhurley@akingump.com
dchapman@akingump.com

Elizabeth D. Scott (admitted *pro hac vice*)
AKIN GUMP STRAUSS HAUER & FELD LLP
2300 N. Field Street, Suite 1800
Dallas, TX 75201
Telephone: (214) 969-2800
Facsimile: (214) 969-4343
edscott@akingump.com

*Special Litigation Counsel for Debtors*[1] *and*
*Plaintiffs Celsius Network Limited and Celsius Network LLC*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CELSIUS NETWORK LIMITED and CELSIUS NETWORK LLC,<br><br>　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>PRIME TRUST, LLC,<br><br>　　　　　　　Defendant. | Adversary Proceeding<br>No. 22-01140 (MG) |

**NOTICE OF FILING OF AMENDED STIPULATION AND PROPOSED**
**ORDER GRANTING MOTION TO APPROVE SETTLEMENT WITH**
**PRIME TRUST, LLC PURSUANT TO RULE 9019**
**OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

---

[1] The Debtors in these chapter 11 cases (collectively, the "Debtors"), along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network, Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

**PLEASE TAKE NOTICE** that on November 14, 2022, Celsius Network LLC and Celsius Network Limited (together, "Celsius"), debtors in the above-captioned chapter 11 cases, filed the *Motion to Approve Settlement with Prime Trust, LLC Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure* [ECF No. 13] (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that attached as Exhibit A to the Motion was a proposed form of *Order Granting Motion to Approve Settlement with Prime Trust, LLC Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure* (the "Original Proposed Order").

**PLEASE TAKE FURTHER NOTICE** that attached as Exhibit B to the Motion was a stipulation of settlement (the "Original Stipulation") among the Settlement Parties, as defined in the Motion.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit A** is an amended version of the Original Proposed Order (the "Amended Proposed Order"), which incorporates certain proposed, nonmaterial modifications to the Original Proposed Order, including to reflect requests from the UCC and SEC, and attached hereto as **Exhibit B** is an amended version of the Original Stipulation, which incorporates certain nonmaterial modifications to the Original Stipulation, including to reflect requests from the UCC.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit C** is a blackline of the Amended Proposed Order marked against the Original Proposed Order.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit D** is a blackline of the Amended Stipulation marked against the Original Stipulation.

Dated:    November 30, 2022
          New York, New York

                                                      AKIN, GUMP, STRAUSS, HAUER & FELD LLP

By: */s/ Mitchell P. Hurley*
Mitchell P. Hurley
Dean L. Chapman Jr.
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1001
mhurley@akingump.com
dchapman@akingump.com

Elizabeth D. Scott (admitted *pro hac vice*)
2300 N. Field Street, Suite 1800
Dallas, TX 75201
Telephone: (214) 969-2800
Facsimile: (214) 969-4343
edscott@akingump.com

*Special Litigation Counsel for Debtors and Plaintiffs Celsius Network Limited and Celsius Network LLC*